

## United States District Court for the Northern District of Illinois

Case Number: **17-cv-2851**    Assigned/Issued By: **dl**

Judge Name: **Gettleman**    Designated Magistrate Judge: **Kim**

---

### FEE INFORMATION

**Amount Due:**   ☐ $400.00   ☐ $46.00   ☐ $5.00
          ☐ IFP      ☐ No Fee   ☐ Other _____
          ☐ $505.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                    ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☑ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets         _____
☐ Writ _____       (Victim, Against and $ Amount)
    (Type of Writ)

**1** Original and **1** copies on **11/13/2017** as to **Matthew J. Pasko,**
                    (Date)

**City of Chicago**

Rev. 08/19/2016