

FILED
NOV 13 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAWONE BROOKS, )
        Judgment Creditor, )
v. ) Case No. 17 C 2851
MATTHEW J. PASKO, ) Judge Robert W. Gettleman
        Judgment Debtor, ) RETURN DATE
and ) December 14, 2017
CITY OF CHICAGO, ILLINOIS, )
        Employer. )

### AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law, that the following information is true.

1. I believe Respondent CITY OF CHICAGO, ILLINOIS, is indebted to the Judgment Debtor MATTHEW J. PASKO for wages due or to become due.
2. The last known address of the Judgment Debtor is 3510 S. Michigan Ave, Chicago, IL 60653.
3. I request that a summons issue directed to Respondent.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

1. Judgment in this case was entered on October 25, 2017
2. Amount of Judgment         $30,001.00
3. Interest at 1.38% pursuant to statute*, as of Nov. 13, 2017         $30,022.47
    Per diem: $1.13
4. Total         $30,022.47
5. Deduct: Total amount paid by or on behalf of the Judgment Debtor         $ 0.00
6. Balance due Judgment Creditor         $30,022.47

**Attorney:** Irene K. Dymkar
**Law Firm:** Law Offices of Irene K. Dymkar
**Address:** 53 W. Jackson
**Suite:** Suite 733
**City:** Chicago, IL 60604
**Phone:** 312-345-0123

ATTORNEY SIGNATURE

*28 U.S.C. 1961, weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.